JS-5

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QBE SPECIALTY INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>          vs.<br><br>COUNTY OF RIVERSIDE, THE COUNTY OF SAN BERNARDINO and PUBLIC RISK INNOVATION SOLUTIONS AND MANAGEMENT formerly known as CSAC EXCESS INSURANCE AUTHORITY,<br><br>                    Defendants. | Case No.  5:21-cv-00905-JWH-SHKx<br><br>*The Honorable Judge John W. Holcomb*<br><br>**ORDER TO REOPEN CASE**<br><br>**NOTE CHANGES MADE BY COURT**<br><br>Action Filed: May 25, 2021<br>Trial Date: TBD |

The Court, having considered Plaintiff QBE SPECIALTY INSURANCE COMPANY ("QBE") and defendants COUNTY OF RIVERSIDE ("Riverside"), THE COUNTY OF SAN BERNARDINO ("San Bernardino"), and PUBLIC RISK INNOVATION SOLUTIONS AND MANAGEMENT's ("PRISM") joint report, **GRANTS** the request and hereby **ORDERS** as follows:

1. The **STAY** is **LIFTED**. This case is placed back on the active calendar.

2. Defendants Riverside and PRISM are **DIRECTED** to file their respective responsive pleadings no later than March 28, 2022.

3. Plaintiff QBE is **DIRECTED** no later than March 28, 2022, either (a) to dismiss Defendant San Bernardino without prejudice; or (b) to file a report with the Court explaining why Defendant San Bernardino has not been dismissed.

4. The Clerk is **DIRECTED** to **REOPEN** this case.

**IT IS SO ORDERED.**

Dated: February 25, 2022

By: _____
Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE